Hand-Delivered

FILED
CHARLOTTE, NC

MAR 2 4 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Jamar Kellyman,
P.O. Box 1304
Matthews, NC 28106
786-697-4036
Jamar_kellyman@yahoo.com

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CHARLOTTE DIVISION

JAMAR KELLYMAN,

        Plaintiff,

vs.

ECOM WEBSITES LLC,
AN ARIZONA LIMITED LIABILITY
COMPANY,,

        Defendant

Case No.: 3:26-CV-239-KDB

**COMPLAINT AND JURY DEMAND
(47 U.S.C. § 227)**

Plaintiff Jamar Kellyman ("Plaintiff"), proceeding pro se, brings this action against Defendant Ecom Websites LLC ("Defendant") and alleges as follows:

## I. NATURE OF THE ACTION

1. This is a civil action for statutory damages and injunctive relief under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. Defendant transmitted non-emergency marketing text messages to Plaintiff's personal cellular telephone using automated or system-generated technology.

3. Plaintiff expressly revoked any prior consent to receive such communications.

4. Despite this revocation, Defendant continued sending multiple marketing text messages to Plaintiff.

COMPLAINT AND JURY DEMAND(47 U.S.C. § 227) - 1

5. Several of these messages were transmitted after 9:00 p.m., in violation of applicable federal regulations governing telemarketing communications.

6. Each such communication constitutes a separate and independent violation of the TCPA.

## II. JURISDICTION AND VENUE

7. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this action arises under federal law.

8. This Court has authority to award statutory damages and injunctive relief under 47 U.S.C. § 227.

9. Venue is proper in the Western District of North Carolina pursuant to 28 U.S.C. § 1391(b) because Plaintiff resides in this District and the unlawful communications were received here.

## III. PARTIES

10. Plaintiff Jamar Kellyman is a natural person residing in Mecklenburg County, North Carolina, within this District.

11. Plaintiff is the subscriber and customary user of cellular telephone number (786) 697-4036.

12. Defendant Ecom Websites LLC is a limited liability company organized under the laws of Arizona, with its principal place of business located at:

    6835 East Camelback Road, Unit 1002

Scottsdale, Arizona 85251

13. Defendant conducts business nationwide, including within North Carolina.

COMPLAINT AND JURY DEMAND(47 U.S.C. § 227) - 2

## IV. ARTICLE III STANDING

14. As a direct result of Defendant's conduct, Plaintiff suffered concrete and particularized injuries, including:

a. invasion of privacy;

b. nuisance and annoyance;

c. disruption of daily activities;

d. wasted time reviewing and addressing unwanted messages; and

e. depletion of phone battery and device resources.

15. These injuries are fairly traceable to Defendant's conduct and are redressable through statutory damages and injunctive relief.

## V. FACTUAL ALLEGATIONS

16. Defendant markets its services through SMS-based advertising campaigns.

17. Defendant sent marketing text messages to Plaintiff's cellular telephone using automated or system-generated messaging technology.

18. On or about October 5, 2025, Plaintiff sent a clear and unequivocal message stating:

"Stop texting me."

19. This message constituted a reasonable and effective revocation of any prior consent.

20. Defendant received, or reasonably should have received, Plaintiff's revocation request.

21. Despite revocation, Defendant resumed sending marketing messages beginning on or about October 23, 2025.

22. Defendant continued transmitting additional marketing messages thereafter.

COMPLAINT AND JURY DEMAND(47 U.S.C. § 227) - 3

23. These messages were not sent for emergency purposes.

24. Several messages were transmitted after 9:00 p.m., including at least one message sent at approximately 10:31 p.m.

25. Defendant had the ability to suppress Plaintiff's number but failed to do so.

26. Defendant's conduct reflects a knowing or willful disregard of Plaintiff's revocation.

### VI. LEGAL FRAMEWORK

27. The TCPA prohibits sending non-emergency text messages to a cellular telephone using automated or system-generated technology without prior express consent. 47 U.S.C. § 227.

28. Consumers may revoke consent by any reasonable means.

29. Messages sent after revocation are unlawful.

30. Each unlawful message constitutes a separate violation.

31. Willful or knowing violations entitle a plaintiff to enhanced damages.

### VII. ALTERNATIVE AUTOMATION / ATDS ALLEGATIONS

32. In the alternative and to the extent required by law, Defendant utilized:

a. an automatic telephone dialing system;

b. a mass-texting platform storing and sending messages automatically;

c. a short-code SMS system; and/or

d. technology functioning as the equivalent of an ATDS.

33. Defendant's system transmitted messages from stored contact lists without meaningful human intervention.

COMPLAINT AND JURY DEMAND(47 U.S.C. § 227) - 4

## COUNT I
### Violation of the TCPA
(47 U.S.C. § 227)

34. Plaintiff realleges all prior paragraphs.

35. Defendant sent marketing text messages to Plaintiff's cellular telephone.

36. Plaintiff revoked consent prior to the messages at issue.

37. Defendant continued sending messages after revocation.

38. The messages were not for emergency purposes.

39. Each message constitutes a separate violation of the TCPA.

40. Defendant acted willfully and knowingly.

41. Plaintiff is entitled to statutory damages.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Award statutory damages of $500 per unlawful text message;

b. Award enhanced damages of up to $1,500 per message for willful violations;

c. Enter injunctive relief prohibiting Defendant from sending further messages without consent;

d. Order Defendant to preserve all relevant records, including messaging logs and compliance data;

e. Award costs and any other relief the Court deems just and proper.


## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


Respectfully submitted,
COMPLAINT AND JURY DEMAND(47 U.S.C. § 227) - 5

Date: March, 2th, 2026

Jamar Kellyman

P.O. Box 1304

Matthews, NC 28106

(786) 697-4036

jamar_kellyman@yahoo.com

Plaintiff, Pro Se

**CERTIFICATION REGARDING USE OF ARTIFICIAL INTELLIGENCE**

Plaintiff certifies that, to the extent any artificial intelligence tools were utilized in the preparation of this document, all factual statements and legal assertions have been independently reviewed and verified by Plaintiff. Plaintiff further certifies that this filing contains no fabricated legal authority and that all representations are made in good faith.

COMPLAINT AND JURY DEMAND(47 U.S.C. § 227) - 6